McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

SEP 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Tracking of: | [PROPOSED] ORDER FOR REQUEST TO UN-SEAL AND TO FILE REDACTED COPY OF TRACKING WARRANTS APPLICATION AND AFFIDAVIT |
|---|---|
| A RED TOYOTA CAMRY, WITH CALIFORNIA LICENSE PLATE 8CUH181, AND VIN # 4T1BE46K49U315542 | 2:18-SW-0556 CKD |
| A SILVER LEXUS SEDAN, WITH CALIFORNIA LICENSE PLATE 7NNA919, AND VIN # JTHBK262465007289; AND | 2:18-SW-0555 CKD |

### [PROPOSED] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed. The previously filed warrant applications and affidavit are to remain sealed. The United States shall file a redacted copy of the warrant application and affidavit in each of the above-captioned matters.

Dated: 9/21/2018

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE